United States District Court
Southern District of Texas
**ENTERED**
July 20, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **YOSIEL HERNANDEZ LLANES,** | § | |
| | § | |
| **Petitioner,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-cv-05073** |
| | § | |
| **RANDY TATE, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Before the Court is Petitioner Yosiel Hernandez Llanes's Petition for Writ of Habeas Corpus (ECF No. 1) and Respondents' Motion to Dismiss (ECF No. 7). On July 14, 2026, Respondents confirmed to the Court via email that ICE released Petitioner from custody on July 8, 2026, pursuant to an Immigration Judge's order for release on bond.

Therefore, the Petition (ECF No. 1) is **DENIED AS MOOT**. Respondents' Motion to Dismiss (ECF No. 7) is also **DENIED AS MOOT**. The Clerk of Court is directed to administratively close this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on the 16th day of July, 2026.

Keith P. Ellison
United States District Judge